IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO ANTONIO CORREA,

        Petitioner,

  v.

KENNETH CLARK, Warden,

        Respondent.
                                      /

No. CV-09-3347 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Petitioner's request for an extension of time to oppose the motion to dismiss is hereby GRANTED.

2. Respondent's motion to dismiss the petition as untimely is hereby GRANTED.

Dated: December 13, 2010                          Richard W. Wieking, Clerk

                                                               *Tracy Lucero*

                                                                By: Tracy Lucero
                                                                Deputy Clerk